INDEX # : __07CV7458_ (BERMAN)

Date Filed : ____August 22, 2007____

Court Date : _____

**UNITED STATES DISTRICT COURT**

**COUNTY OF NEW YORK**                    **DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys:  Ed Hendrickson Sedgwick, Detert, Moran & Arnold, LLP    PH: 212-422-0202

Address:  125 Broad Street, 39th Fl. New York  NY  10004    File No.:

---

### QUALITY TECHNOLOGY SERVICES HOLDING, LLC

·vs·                                                                     *Plaintiff(s)/Petitioner(s)*

### CHECKM8, INC.

*Defendant(s)/Respondent(s)*

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                     **AFFIDAVIT OF SERVICE**

_____Markland J. Harrison_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On ____August 23, 2007____ at ____4:45PM____,

at _____555 8TH AVENUE, STE. 2003, NEW YORK, NY 10018_____, deponent served the within

_____Summons  &  Complaint, Civil Cover Sheet,  Judges  Practices & Rules in a Civil Action_____

_____Procedures for Electronic Case Filing,  & Individual Practices of Judge Ronald  I. Ellis_____

on: _____**CHECKM8, INC.**_____,  _____**Defendant**_____ therein named.

| | |
|---|---|
| **#1 INDIVIDUAL** ☐ | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| **#2 CORPORATION** ☒ | By delivering thereat a true copy of each to____JOHN DOE,REFUSED NAME____ personally, deponent knew the person so served to be the _____MANAGING AGENT_____of the corporation, and authorized to accept service on behalf of the corporation. |
| **#3 SUITABLE AGE PERSON** ☐ | By delivering a true copy of each to_____a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state. |
| **#4 AFFIXING TO DOOR** ☐ | By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business    [ ] dwelling house (place of abode) within the state. |

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

Address confirmed by _____.

| | |
|---|---|
| **#5 MAIL COPY** ☒ | On _____August 28, 2007_____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York☐ and Certified Mail #_____ |
| **#6 DESCRIPTION** ☒ (use with #1, 2 or 3) | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex:  _Male_    Color of skin:  _White_    Color of hair:  _brwn/blo_    Age:  _30 - 40 Yrs._    Height:  _5' 9" - 6' 0"_ Weight:  _Over 200 Lbs._    Other Features: _____ |
| **#7 WIT. FEES** | the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient. |
| **#8 MILITARYSRVC** | Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform. |
| **#9 USE IN NYC CIVIL COURT** ☐ | The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es). |
| **#10 OTHER** ☐ | |

Sworn to before me on _____August 28, 2007_____

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Markland J. Harrison
Server's Lic # 1080830
Invoice/Work Order # 07022366



U.S. POSTAL SERVICE    **CERTIFICATE OF MA**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES N
PROVIDE FOR INSURANCE—POSTMASTER

SUITE 1201

Received From:    401 BROADWAY
NEW YORK, NY 10013

CHECKM8, INC.
555 8TH AVENUE, STE. 2003
NEW YORK, NY 10018    07022366

PS Form **3817**, January 2001