# SEDGWICK
DETERT, MORAN & ARNOLD LLP

125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel: 212.422.0202  Fax: 212.422.0925



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07

www.sdma.com

September 21, 2007

**VIA HAND DELIVERY**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

Re:    Quality Technology Services Holding, LLC v. CheckM8, Inc.
         Southern District of New York, Civil Action No. 07 CV 7458 (RMB)
         SDMA File No.: 3861-000002

Dear Judge Berman:

We represent Plaintiff Quality Technology Services Holding, LLC ("QTS") in the above-referenced matter.  We are writing respectfully to provide a courtesy copy of a stipulation extending Defendant's time to answer QTS' Complaint.

Please do not hesitate to contact us with any questions.

Respectfully yours,

J. Gregory Lahr
Sedgwick, Detert, Moran & Arnold LLP

JGL/

cc:    Mr. Dana Ghavami, CEO, CheckM8, Inc., *pro se* (w/ encl. via regular mail)



RECEIVED
SEP 2 1 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

NY/509838v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

QUALITY TECHNOLOGY SERVICES,        :
HOLDING, LLC,                       :        Civil Action No.
                                    :        07-07458 (RMB)
              Plaintiff,            :
                                    :        **STIPULATION FOR**
       -against-                    :        **EXTENSION OF TIME**
                                    :        **TO ANSWER COMPLAINT**
CHECKM8, INC.,                      :
                                    :
              Defendant.            :
-------------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the

time for Defendant CheckM8, Inc. to answer the Complaint in the above-captioned action is

extended to and including October 1, 2007.

Dated: New York, New York
        September 10, 2007

SEDGWICK, DETERT, MORAN &          CHECKM8, INC.
ARNOLD, LLP


J. Gregory Lahr                     Dana Ghavami
125 Broad Street, 39th Floor        Chief Executive Officer
New York, New York 10004-2400       555 8th Ave, Suite 2003
Telephone: (212) 422-0202           New York, NY, 10018
Facsimile: (212) 422-0925           Telephone: (212) 268-0048 x405
*Attorneys for Plaintiff*           Facsimile: (888) 268-8558
*Quality Technology Services Holding, L.L.C*


SO ORDERED:
RMB
RICHARD M. BERMAN U.S.D.J.
9/21/07