UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
QUALITY TECHNOLOGY SERVICES,
HOLDING, LLC,

    Plaintiff,

 -against-

CHECKM8, INC.,

    Defendant.
-------------------------------------------------------------x

Civil Action No.
07-07458 (RMB)

**STIPULATION FOR
EXTENSION OF TIME
TO ANSWER COMPLAINT**

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendant CheckM8, Inc. to answer the Complaint in the above-captioned action is extended to and including October 16, 2007.

Dated: New York, New York
   October 1, 2007

SEDGWICK, DETERT, MORAN &
ARNOLD, LLP

_____
J. Gregory Lahr
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
*Attorneys for Plaintiff
Quality Technology Services Holding, L.L.C*

CHECKM8, INC.

_____
Dana Ghavami
Chief Executive Officer
555 8th Avenue, Suite 2003
New York, New York 10018
Telephone: (212) 268-0048 x405
Facsimile: (888) 268-8558

SO ORDERED:
_____
RICHARD M. BERMAN U.S.D.J.
10/3/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07