```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-19-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QUALITY TECHNOLOGY SERVICES,
HOLDING, LLC,

                              Plaintiff,                **Case Management Plan**

               - v -                                  07 CV. 7458 (RMB)

CHECKM8, INC.,

                              Defendant.
------------------------------------------------------------X

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)      Joinder of additional parties within 30 days.

(ii)     Amend the pleadings within 30 days.

(iii)    All discovery *(FACT & EXPERT)* to be expeditiously completed ~~within six months~~. **BY 1/19/08**

(iv)    Consent to Proceed before Magistrate Judge to be determined.

(v)     Status of settlement discussions: will discuss within 60 days. **SETTLEMENT CONF. WITH PRINCIPALS ON 1/23/08 AT 11:00 A.M.**

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions **SEE COURT'S RULES**

(vii)   Oral Argument **N/A**

(viii)  Joint Pre-Trial Order to be submitted by **N/A**

(ix)    Final Pre-Trial Conference **N/A**

(x)     Trial _____

(xi)    Other _____

SO ORDERED:  New York, New York
                           10/19/07

                                                           *RMB*
                                                     **Hon. Richard M. Berman, U.S.D.J.**