UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



--------------------------------------x
QUALITY TECHNOLOGY SERVICES,        :
HOLDING, LLC,                       :
                                    :        Civil Action No.
                    Plaintiff,      :        07-07458 (RMB)
                                    :
    -against-                       :        **STIPULATION FOR**
                                    :        **EXTENSION OF TIME**
CHECKM8, INC.,                      :        **TO ANSWER COUNTERCLAIM**
                                    :
                    Defendant.      :
--------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the

time for Plaintiff Quality Technology Services, Holding, LLC, to answer or otherwise move

against Defendant's Counterclaim in the above-captioned action is extended to and including

November 16, 2007.

Dated: New York, New York
       November 2, 2007

SEDGWICK, DETERT, MORAN &            SEKAS & ASSOCIATES, LLC
ARNOLD, LLP


J. Gregory Lahr                      Nicholas G. Sekas, Esq.
125 Broad Street, 39th Floor         515 Madison Avenue
New York, New York 10004-2400        New York, New York 10175
Telephone: (212) 422-0202            Telephone: (212) 695-7577
Facsimile: (212) 422-0925            Facsimile: (212) 695-0152
*Attorneys for Plaintiff*            *Attorneys for Defendant CheckM8, Inc.*
*Quality Technology Services Holding, L.L.C*


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

SO ORDERED:

Richard M. Berman
U.S.D.J.
11/6/07