

# SEDGWICK
## DETERT, MORAN & ARNOLD LLP

125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel: 212.422.0202 Fax: 212.422.0925

www.sdma.com



Take up discovery issues with Magistrate Judge. Motions, if any, are submit to the Court's individual rules. If there is no subject matter jurisdiction, the parties should so advise the Court ASAP.

SO ORDERED:
Date: 11/14/07

Richard M. Berman, U.S.D.J.

November 13, 2007

VIA HAND DELIVERY

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Quality Technology Services Holding, LLC v. CheckM8, Inc.
      Southern District of New York, Civil Action No. 07 CV 7458 (RMB)
      SDMA File No.: 3861-000002

Dear Judge Berman:

We represent Plaintiff Quality Technology Services Holding, LLC ("QTS") in the above-referenced matter. We are writing respectfully to request that the Court order Defendant to provide a Rule 26 disclosure, and respond to QTS's Local Rule 26.1 Demand.

In advance of the initial conference in this matter held on October 19, 2007, QTS served its Rule 26 Disclosure and a Local Rule 26.1 Demand on October 18, 2007. By e-mails dated October 31, 2007, and November 11, 2007, QTS demanded that Defendant serve its Rule 26 Disclosure and provide a response to the Local Rule 26.1 Demand. To date, Defendant has not responded.

Recently, Defendant has advised that diversity may not exist because it is incorporated in Delaware, where QTS also is organized as a limited liability company. Prior to filing its Complaint, QTS had purchased a Dun & Bradstreet report which demonstrated that Defendant was incorporated in New York, and confirmed this information with the New York Secretary of State's office (the New York corporate status now appears to be inactive). Thus, prior to agreeing to a remand to state court, the undersigned advised Defendant's counsel via e-mail and in a telephone conversation that Defendant must produce a certificate of good standing demonstrating that it is incorporated in Delaware, and fulfill its outstanding discovery obligations, before QTS will consider dismissing this action from federal court.

NY/514104v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-14-07

RECEIVED
NOV 13 2007
CHAMBERS OF
RICHARD M BERMAN
USDJ

Austin • Bermuda* • Chicago • Dallas • Houston • London • Los Angeles • New York • Newark • Orange County • Paris • San Francisco • Zurich

*Affiliated office.

Honorable Richard M. Berman
Southern District of New York, Civil Action No. 07 CV 7458 (RMB)
November 13, 2007
Page 2

Today, Defendant provided a certificate of good standing from August 2007, but still has not responded as to whether it will satisfy its discovery obligations. QTS is willing to stipulate to a dismissal of this action, but submits that Defendant should not be permitted to ignore its pending discovery obligations. Accordingly, QTS respectfully requests that Defendant be ordered to provide its Rule 26 Disclosure and respond to the Local Rule 26.1 Demand before this action is subject to dismissal.

Respectfully yours,

J. Gregory Lahr
Sedgwick, Detert, Moran & Arnold LLP

JGL/

cc:   Nicholas G. Sekas, Esq. (via facsimile)

NY/514104v1