UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

---------------------------------------------------------x
QUALITY TECHNOLOGY SERVICES,        :
HOLDING, LLC,                       :
                                    :       Civil Action No.
                                    :       07-07458 (RMB)
            Plaintiff,              :
                                    :       **STIPULATION OF**
    -against-                       :       **DISMISSAL OF ACTION**
                                    :       ~~FOR REMAND TO~~         *RMB*
CHECKM8, INC.,                      :       ~~NEW YORK STATE COURT~~
                                    :
            Defendant.              :
---------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that this action shall be dismissed from this Court, ~~and remanded to the Supreme Court of the State of~~ *RMB* ~~New York, County of New York, for all further proceedings,~~ and that the time for Plaintiff Quality Technology Services, Holding, LLC, to answer or otherwise move against Defendant's Counterclaim is extended to and including November 20, 2007. ~~The clerk is hereby directed to~~ *RMB* ~~transfer the file to the clerk of the Supreme Court, New York County.~~ THE CONFERENCE SCHEDULED FOR NOVEMBER 20, 2007 IS VACATED.

Dated: New York, New York
       November 15, 2007

SEDGWICK, DETERT, MORAN &              SEKAS & ASSOCIATES, LLC
ARNOLD, LLP

_____              _____
J. Gregory Lahr                        Nicholas G. Sekas, Esq.
125 Broad Street, 39th Floor           515 Madison Avenue
New York, New York 10004-2400          New York, New York 10175
Telephone: (212) 422-0202              Telephone: (212) 695-7577
Facsimile: (212) 422-0925              Facsimile: (212) 695-0152
*Attorneys for Plaintiff*              *Attorneys for Defendant CheckM8, Inc.*
*Quality Technology Services Holding, L.L.C*

So Ordered:

*RMB*
11/19/07

*Richard M. Berman*